## McCLELLAND V. THE STATE.

(Decided Feb. 6, 1908.)

APPEAL from Talladega City Court.

Heard before Hon. G. K. MILLER.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Affirmed. Opinion by McCLELLAN, J.

All the justices concur.

## McDONALD V. THE STATE.

(Decided Feb. 6, 1908.)

APPEAL from Elmore Circuit Court.

Heard before Hon. W. W. PEARSON.

MARK D. BRAINARD, for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Appeal dismissed on authority of L. & N. R. R. Co. v. Grant, 153 Ala. 112, 45 South. 226. Per curiam.

## MASSON V. MASSON.

(Decided Jan. 16, 1908.)

APPEAL from Mobile Probate Court.

Heard before Hon. PRICE WILLIAMS.

GREGORY L. & H. T. SMITH, for appellant. McALPINE & ROBINSON, for appellee.

Per curiam. Reversed and remanded.

## MATTHEWS V. THE STATE.

(Decided Feb. 13, 1908.)

APPEAL from Marengo Circuit Court.

Heard before Hon. D. W. SPEAKE.

JAMES E. HORTON, JR., and W. H. TURENTINE, for appellant. ALEXANDER M. GARBER, Attorney-General, for the State.

Reversed and remanded. Opinion by McCLELLAN, J.

All the justices concur.